**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| NED BIEGE, AS EXECUTOR OF THE ESTATE OF ROBERT C. DUNN, DECEASED AND ANDREA R. DUNN, | : No. 435 MAL 2019 |
| Respondents | : Petition for Allowance of Appeal : from the Order of the Superior Court |
| v. | : |
| STEVEN C. DUNN, VALARIE DUNN AND DUNN'S FARM MARKET, LLC, | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.